# Court of Appeals
# of the State of Georgia

ATLANTA, __March 09, 2020__

*The Court of Appeals hereby passes the following order:*

**A19A2404. TARGET CORPORATION et al. v. COX.**

Upon further consideration of the entire record, the application for discretionary appeal in this case was improvidently granted, and it is ORDERED that this appeal be DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__03/09/2020__*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*